IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:18CR330-1 |
| | : | |
| RICHARD LEE GRIFFITH | : | |

The Grand Jury charges:

### COUNT ONE

From on or about February 12, 2018, continuing up to and including on or about February 22, 2018, in the County of Caswell, in the Middle District of North Carolina, RICHARD LEE GRIFFITH, with the intent to harass and intimidate I.K., did use any interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate commerce to engage in a course of conduct that attempted to cause and would be reasonably expected to cause substantial emotional distress to I.K.; in violation of Title 18, United States Code, Sections 2261A(2)(b) and 2261(b).

### COUNT TWO

On or about February 22, 2018, in the County of Caswell, in the Middle District of North Carolina, RICHARD LEE GRIFFITH, did transmit in interstate and foreign commerce any communication containing any threat to

injure the person of another; in violation of Title 18, United States Code, Section 875(c).

DATED: August 27, 2018

MATTHEW G.T. MARTIN
United States Attorney

BY: ERIC L. IVERSON
Assistant United States Attorney

A TRUE BILL:

FOREPERSON

2